MSSB-NCAC (01/2024)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re: Donna Marie Antill

*Debtor(s)*

Case No.: 23-51153-KMS

Chapter: 13

## Notice of Change of Address for Creditor

Mutual Of Omaha Mortgage, Inc. (Creditor) hereby gives notice that its new address, as it relates to Proof(s) of Claim Number(s) *(if applicable)* 10 , is:

**Notice Address**:
LoanCare, LLC of behalf of Mutual Of Omaha Mortgage
P.O. Box 8068
Virginia Beach, VA 23450
(888) 839-7193

**Payment Address**:
*(if different from above)*

**Reason for change of address:**

☒ New Loan Servicer[1]

☐ New Location

☐ Other _____

**Prepared by:**

Name: Kimberly D. Putnam
Title: Attorney for ServiceMac, LLC
Phone No.: (318)330-9020

Address: 1820 Avenue of America
Monroe, Louisiana 71201

---

[1] Do not use this form when the proof of claim lists the prior servicer as the creditor (owner of the loan). Instead, you must file a transfer of claim to transfer the existing claim to the new servicer.

Page 1 of 2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT-6 DIVISION**

IN RE: DONNA MARIE ANTILL          CASE NO.: 23-51153-KMS
                                               CHAPTER 13

## CERTIFICATE OF SERVICE

I, Kimberly D. Putnam, hereby certify that I have notified all interested parties of the Transfer of Claim filed by Mutual Of Omaha Mortgage, Inc. as reflected on the foregoing notice,

Donna Marie Antill
6663 Ahekolo Cir
Diamondhead, MS 39525

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
trollins@therollinsfirm.com

Warren A. Cuntz T1, Jr.
Trustee
wcuntzcourt@gport13.com

U.S. Trustee
USTPRegion05.JA.ECF@usdoj.gov

by electronic transmission or mailing this notice and a copy of the Transfer of Claim filed herein by United States Mail, first class, postage prepaid and properly addressed, all on this 14th day of August, 2025.

                                             Dean Morris, LLC
                                             1820 Avenue of America
                                             Monroe, Louisiana 71201
                                             (318) 330-9020

                                             /s/ Kimberly D. Putnam
                                             Kimberly D. Putnam (Bar# 102418)
                                             Attorney for Creditor
                                             kim.mackey@ms.creditorlawyers.com

CERTIFIED COPY OF



P. O. Box 8068 Virginia Beach, VA 23450-8068

August 6, 2025

DONNA ANTILL
6663 AHEKOLO CIR
DIAMONDHEAD MS 39525-3403

## Your Servicing Transfer

Dear Customer(s):

The servicing of your mortgage loan will be transferred to LoanCare, LLC on behalf of Mutual of Omaha Mortgage effective 08-01-2025.

You may have recently received a Notice of Servicing Transfer from your previous servicer informing you of the upcoming servicing transfer and correspondence from us designed to prepare you for this transition.

Your official welcome package is enclosed with this letter and includes:

> Your Notice of Servicing Transfer

> Mortgage payment and fee schedules

> Information about insurance and auto draft payments

Please take a few moments to review this information to learn more about what you can expect as your loan transfers to LoanCare, LLC on behalf of Mutual of Omaha Mortgage.

Let's get started.

### INFO

**CUSTOMER NAME(S):**
Donna Antill

**PROPERTY ADDRESS:**
6663 Ahekolo Cir
Diamondhead MS 39525

**YOUR NEW LOAN NUMBER:**

### CONTACT US

**CUSTOMER SERVICE:**
1-888-839-7193

**COLLECTIONS:**
1-800-909-9525

**HOURS:**
Monday – Friday
8:00 A.M. – 9:00 P.M. ET

Saturday
8:00 A.M. – 3:00 P.M. ET

Page 1

Customer Service: 1-888-839-7193 Collections: 1-800-909-9525
https://mutualmortgage.myloancare.com
Monday – Friday: 8 A.M. – 9 P.M. ET Saturday 8 A.M. – 3 P.M. ET

INTERNET REPRINT

## Notice of Servicing Transfer

The servicing of your mortgage loan is being transferred, effective 08-01-2025. This means that after this date, a new servicer will be collecting your mortgage loan payments from you. Nothing else about your mortgage loan will change.

Mutual of Omaha Mortgage, Inc. (by DMI) is now collecting your payments. Mutual of Omaha Mortgage, Inc. (by DMI) will stop accepting payments received from you after 07-31-2025.

LoanCare, LLC on behalf of Mutual of Omaha Mortgage will collect your payments going forward. Your new servicer will start accepting payments received from you on 08-01-2025.

**Send all payments due on or after 08-01-2025 to LoanCare, LLC on behalf of Mutual of Omaha Mortgage at this address: P.O. Box 60509, City Of Industry, CA 91716-0509.**

If you have any questions for either your present servicer, Mutual of Omaha Mortgage, Inc. (by DMI), or your new servicer, LoanCare, LLC on behalf of Mutual of Omaha Mortgage, about your mortgage loan or this transfer, please contact them using the information below:

| CURRENT SERVICER | NEW SERVICER |
| --- | --- |
| Mutual of Omaha Mortgage, Inc. (by DMI) | LoanCare, LLC on behalf of Mutual of Omaha Mortgage |
| Customer Service | Customer Service |
| 1-877-330-4066 | (888)839-7193 |
| 1 Corporate Drive, Suite 360 Lake Zurich, IL 60047-8945 | P.O. Box 8068, Virginia Beach, VA 23450 |

**Important notes about insurance and late fees**

If you have mortgage life or disability insurance or any other type of optional insurance, the transfer of servicing rights may affect your insurance in the following way: LoanCare, LLC does not offer life insurance or disability insurance. If you were previously enrolled in this service, it will no longer be part of your monthly payment. You should contact your provider to arrange for direct payment or cancellation of these services.

Under Federal law, during the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer on or before its due date may not be treated by the new servicer as late, and a late fee may not be imposed on you.

**Property Insurance**

Please ask your insurance carrier to change the mortgagee clause to:
Mutual of Omaha Mortgage, Inc., ISAOA/ATIMA, C/O LoanCare, LLC , P. O. Box 202049, Florence, SC 29502-2049

Sincerely,

LoanCare, LLC on behalf of Mutual of Omaha Mortgage

## Your Payment Schedule and Account Information

Your payment will be due on the first day of each month. The exact amount of your monthly payment is as follows:



| | |
|---|---|
| Principal and Interest (P&I) | $729.41 |
| Escrow | $150.47 |
| **Total Monthly Payment** | **$879.88** |

## Special Request Fees

Fees charged for special services you might request are listed below. The actual fees charged to a particular customer may be different or there may be no fee. This fee schedule is subject to change. Please review each statement for changes.



**SPECIAL REQUEST FEES**

| | |
|---|---|
| Pay-by-Phone (over the phone check) | No Fee |
| Automated Phone System | No Fee |
| Online Payment | No Fee |
| Autodraft Fee | No Fee |
| Insufficient/Returned Check | Up to $60.00 |
| Extraordinary Services | As Agreed |
| Payoff Statement Fee | No Fee |

## Notice of Error and Requests for Information

In accordance with the federal Real Estate Settlement Procedures Act (RESPA) and Regulation X, borrowers have the right to notify their servicer of an error regarding the servicing of their closed end mortgage loan or to request information related to the servicing of their closed-end mortgage loan. Should you want to submit a written notice of error or written request for information, please include your full name, information that enables us to identify your mortgage loan account, such as a mortgage loan number, and the error you believe to have occurred or clearly state the information you are requesting with respect to your mortgage loan account.

Please note that a notice on a payment coupon or other payment is not considered a notice of error or request for information. Within five (5) days (excluding legal public holidays, Saturdays, and Sundays) of receiving a notice of error or information request, a written acknowledgement will be provided to you, and, in general, we will respond no later than 30 days after receiving the initial written notice of error or written request for information.

**Please send any notices of error or information requests to the following address:**

LoanCare, LLC
Attn: Office of the Customer
P.O. Box 8068
Virginia Beach, VA 23450

TO THE EXTENT THE FAIR DEBT COLLECTION PRACTICES ACT (FDCPA) AND/OR STATE DEBT COLLECTION LAWS ARE APPLICABLE, PLEASE BE ADVISED THAT THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

IF YOU ARE CURRENTLY INVOLVED IN A BANKRUPTCY PROCEEDING OR HAVE PREVIOUSLY RECEIVED A DISCHARGE IN A BANKRUPTCY PROCEEDING, PLEASE NOTIFY US IMMEDIATELY AND BE ADVISED THAT THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY. THIS NOTICE IS NOT INTENDED TO COLLECT, RECOVER, OR OFFSET THE DEBT AGAINST YOU PERSONALLY AND SHOULD NOT BE CONSIDERED A DEMAND FOR PAYMENT OR INDICATE THAT YOU ARE PERSONALLY LIABLE FOR THIS DEBT. PLEASE CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS ABOUT YOUR RIGHTS UNDER BANKRUPTCY LAW.

THE SERVICEMEMBERS CIVIL RELIEF ACT (SCRA) MAY OFFER PROTECTION OR RELIEF TO SERVICE MEMBERS. IF EITHER YOU HAVE BEEN CALLED TO ACTIVE DUTY OR ACTIVE SERVICE, OR YOU ARE A SPOUSE OR DEPENDENT OF SUCH A SERVICE MEMBER, YOU MAY BE ENTITLED TO CERTAIN LEGAL PROTECTIONS AND DEBT RELIEF PURSUANT TO THE SERVICEMEMBERS CIVIL RELIEF ACT. IF YOU HAVE NOT MADE US AWARE OF YOUR STATUS, PLEASE CONTACT US IMMEDIATELY. YOU MAY ALSO CALL 1-800-342-9647 (TOLL-FREE FROM THE UNITED STATES) OR **WWW.MILITARYONESOURCE.MIL/LEGAL** TO FIND OUT MORE INFORMATION.